AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1-18-CR-200 |
| JUAN JOSE SARABIA-CRUZ ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                  .

Date:   05/17/2018

/s/ Brett Talley
*Attorney's signature*

Brett Talley - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

brett.j.talley@usdoj.gov
*E-mail address*

(703) 299-3758
*Telephone number*

(703) 299-3980
*FAX number*